IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
MOHAMMAD SHARIFI, # Z-709,        *
                                  *
    Plaintiff,                    *
                                  *
vs.                               * CIVIL ACTION NO. 23-00148-KD-B
                                  *
ROBERT BROUSSARD,                 *
                                  *
    Defendant.                    *
```

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 28, 2023 (Doc. 3) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the Northeastern Division of the United States District Court for the Northern District of Alabama.

**DONE** and **ORDERED** this 23rd day of May 2023.

s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE